UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 15-33106-DHW
                                                     Chapter 13
NORA HARRIS,

    Debtor.

## ORDER TERMINATING CODEBTOR STAY

Guardian Credit Union filed a motion (Doc. # 18) for relief from the automatic stay imposed by 11 U.S.C. § 1301(a) to proceed against codebtor, Gloria Harris, to collect the debt to the extent the debt is not being paid through the chapter 13 plan. The motion came on for hearing on February 22, 2016. The debtor could offer no defense. Accordingly, it is

ORDERED that the stay imposed by 11 U.S.C. § 1301(a) is TERMINATED to allow Guardian Credit Union to proceed against Gloria Harris to collect the debt to the extent the debt is not being paid through the chapter 13 plan.

Done this 22nd day of February, 2016.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Leonard N. Math, Attorney for Creditor
    Gloria Harris, Codebtor
    Curtis C. Reding, Trustee
    Guardian Credit Union, Creditor